**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 03-CF 40008 TP- |
| | ) |
| THOMAS K. FORD, | ) COUNT 1, Title 30, United States Code, |
| | ) Section 820(c) and (d). |
| Defendant. | ) |
| | ) COUNT 2, Title 18 United States Code, |
| | ) Section 1001. |
| | ) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

INTRODUCTION

1      At all times material hereto, Coal Miners, Inc., was engaged in the business of operating a coal mine in Illinois subject to the Federal Mine Safety and Health Act of 1977, Title 30, United States Code, Section 801 et seq (hereinafter "the Mine Safety Act").

2      At all times material hereto, the Eagle Valley Mine, located near Equality, Illinois, in Gallatin County, within the Southern District of Illinois, was a coal mine operated by Coal Miners, Inc., and was subject to the Mine Safety Act because its products affected interstate commerce.

3      At all times material hereto, **THOMAS K. FORD** was a manager of Coal Miners, Inc., that is, chief electrician of the Eagle Valley Mine.

4      At all times material hereto, Title 30, Code of Federal Regulations, Section 75.900, a mandatory safety standard, was in effect and required that low- and medium-voltage power circuits serving three-phase alternating current equipment shall be protected by suitable circuit

2

breakers of adequate interrupting capacity which are properly tested and maintained as prescribed by the Secretary Such breakers shall be equipped with devices to provide protection against undervoltage, grounded phase, short circuit, and overcurrent

5   This introduction is realleged and incorporated by reference into each count of this Indictment

### COUNT I

In or about June through July, 2000, within the Southern District of Illinois,

**THOMAS K. FORD,**

defendant herein, as a manager of the Eagle Valley Mine, the chief electrician, did willfully violate the mandatory safety standard set forth in paragraph 4 in that he did willfully remove fuses from the vacuum contactor circuits of a transformer (substation providing low- and medium-voltage power circuits serving three-phase alternating current equipment) and connect the power leads directly to the 995-volt busses, and in so doing removed short circuit protection for the miners during the period of from in or about June 2000, to on or about August 1, 2000, which is prescribed for by Title 30, Code of Federal Regulations, Section 75 900, in violation of Title 30, United States Code, Sections 820(c) and (d)

### COUNT 2

On or about March 7, 2001, in the Southern District of Illinois, in a matter within the jurisdiction of United States Department of Labor, Mine Safety and Health Administration,

**THOMAS K. FORD,**

defendant herein, did knowingly and willfully make false material statements and representations, as follows

> On or about March 7, 2001, Defendant was interviewed by Special Investigator Charles Conaughty of the Mine Safety and Health Administration as part of an investigation regarding the possible violation of Title 30, Code of Federal Regulations, Section 75.900, with respect to fuses which had been removed from the vacuum contactor circuits of a transformer (a substation providing low- and medium-voltage power circuits serving three-phase alternating current equipment);
>
> During the March 7, 2001 interview, defendant **THOMAS K. FORD** stated that he did not examine or work on said transformer until after an accident had occurred on July 28, 2000. Defendant **THOMAS K. FORD** also stated that he never checked said transformer himself prior to July 28, 2000, and that prior to July 28, 2000, defendant **THOMAS K. FORD** stated that he believed that no one at Eagle Valley Mine had removed the fuses from the transformer or knew the fuses were supposed to be there;
>
> Those statements and representations by Defendant **THOMAS K. FORD** were knowing and willful false material statements and representations in that defendant **THOMAS K. FORD** had personally examined and worked on said transformer prior to July 28, 2000, defendant **THOMAS K. FORD** knew that fuses were located on the transformer, and defendant **THOMAS K. FORD** had personally removed fuses from the vacuum contactor circuits of said transformer prior to July 28, 2000;

all in violation of Title 18, United States Code, Section 1001.

UNITED STATES OF AMERICA
MIRIAM F. MIQUELON
United States Attorney

GEORGE A. NORWOOD
Assistant United States Attorney

JAMES C. CUTCHIN
Assistant United States Attorney
Supervisor

Recommended Bond  $5000 Unsecured