☒AO 245B   (Rev 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__Southern__ District of __Illinois__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| THOMAS K FORD | Case Number    4.03CR40008-001-JPG |
| | William A Alexander |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  pleaded guilty to count(s)   1 and 2 of the Information

☐  pleaded nolo contendere to count(s) _____
   which was accepted by the court

☐  was found guilty on count(s) _____
   after a plea of not guilty

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s)

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 30 U S C  820(c)& (d) | Violating Mandatory Safety Standard | 07/31/2000 | 1 |
| 18 U S C  1001 | Making a False Material Statement | 07/31/2000 | 2 |

   The defendant is sentenced as provided in pages 2 through __5__ of this judgment  The sentence is imposed pursuant to the Sentencing Reform Act of 1984

☐  The defendant has been found not guilty on count(s) _____

☐  Count(s) _____   ☐ is   ☐ are  dismissed on the motion of the United States

   IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of nam residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid  If ordered to p restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstance

| | |
|---|---|
| Defendant's Soc Sec No   ███9328 | April 10, 2003 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth   ███1961 | |
| | _/s/ J Phil Gilbert_ |
| Defendant's USM No   05767-025 | Signature of Judicial Officer |
| Defendant's Residence Address | |
| ███████████ | |
| ███████ | J Phil Gilbert, District Judge |
| | Name and Title of Judicial Officer |
| | April 11, 2003 |
| | Date |
| Defendant's Mailing Address | |
| Same as above | |

/1

| | | Judgment– Page 2 |
|---|---|---|
| DEFENDANT | THOMAS K FORD | |
| CASE NUMBER | 4 03CR40008-001-JPG | |

## PROBATION

The defendant is hereby sentenced to probation for a term of ___3 years___
3 years on Counts 1 and 2   All Counts to run concurrent with each other

The defendant shall not commit another federal, state or local crime

The defendant shall not illegally possess a controlled substance

*For offenses committed on or after September 13, 1994*

    The defendant shall refrain from any unlawful use of a controlled substance   The defendant shall submit to one drug test within 1 days of placement on probation and at least two periodic drug tests thereafter

X   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse

X   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any suc fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below)   The defendant sha also comply with the additional conditions on the attached page

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer,
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days each month,
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
4) the defendant shall support his or her dependents and meet other family responsibilities,
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or oth acceptable reasons,
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment,
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlle substance or any paraphernalia related to any controlled substances, except as prescribed by a physician,
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered,
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of felony, unless granted permission to do so by the probation officer,
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of an contraband observed in plain view of the probation officer,
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement office
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without th permission of the court,
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's crimin record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm th defendant's compliance with such notification requirement

AO 245B  (Rev 3/01) Judgment in a Criminal Case
Sheet 4C - Probation

Judgment Page 3

DEFENDANT         THOMAS K. FORD
CASE NUMBER.      4.03CR40008-001-JPG

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall provide the probation officer with access to any requested financial information.

Judgment -- Page 4

DEFENDANT:      THOMAS K. FORD
CASE NUMBER:    4:03CR40008-001-JPG

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B

|        | **Assessment** | **Fine**    | **Restitution** |
|--------|----------------|-------------|-----------------|
| **TOTALS** | $ 125.00   | $ 2,000.00  | $ -0-           |

☐ The determination of restitution is deferred until _____ An *Amended Judgment in a Criminal Case* (AO 245C) will be enter after such determination

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise the priority order or percentage payment column below However, pursuant to 18 U S C § 3664(i), all nonfederal victims must be paid full prior to the United States receiving payment

| **Name of Payee** | ***Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|-------------------|---------------------------|-----------------------------------|---------------------------------------------|
|                   |                           |                                   |                                             |
| **TOTALS**        | $                         | $                                 |                                             |

☐ The above fine includes costs of incarceration and/or supervision in the amount of $ _____

☐ If applicable, restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U S C § 3612(f)  All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U S C § 3612(g)

X The court determined that the defendant does not have the ability to pay interest, and it is ordered that

    X the interest requirement is waived for the    X  fine and/or    ☐ restitution

    ☐ the interest requirement for the    ☐ fine and/or    ☐ restitution is modified as follows

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offens committed on or after September 13, 1994 but before April 23, 1996

Judgment – Page 5

DEFENDANT        THOMAS K FORD
CASE NUMBER      4 03CR40008-001-JPG

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows

A  X  Lump sum payment of $ __2125 00__ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with  ☐ C,  ☐ D, or  ☐ E below, or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ E below), or

C  ☐  Payment in _____ (e g , equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e g , months or years), to commence _____ (e g , 30 or 60 days) after the date of this judgment, or

D  ☐  Payment in _____ (e g , equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e g , months or years), to commence _____ (e g , 30 or 60 days) after release from imprisonment to a term of supervision, or

E  ☐  Payments are due immediately, through the Clerk of the Court, but may be paid from prison earnings in compliance with the Inmate Financial Responsibility Program   Any Financial penalties that remain unpaid at the commencement of the term of supervised release shall be paid at the rate of $ _____ per month, or _____ % of defendants monthly gross earnings, whichever is greater

F  X  Special instructions regarding the payment of criminal monetary penalties

   Payment of fine and special assessment is due within 30 days from date of judgment


Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payme of criminal monetary penalties shall be due during the period of imprisonment   All criminal monetary penalties, except those payments mad through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directe by the court, the probation officer, or the United States attorney

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed


☐  Joint and Several

   Defendant Name, Case Number, and Joint and Several Amount




☐  The defendant shall pay the cost of prosecution

☐  The defendant shall pay the following court cost(s)

☐  The defendant shall forfeit the defendant's interest in the following property to the United States


Payments shall be applied in the following order  (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs